TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*


DISTRICT COURT OF GUAM

NOV 22 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF AN INTERPRETER** |
| YI XU CHEN, | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that Defendant, YI XU CHEN, may use the services of a court approved interpreter to assist his counsel in preparing a defense in this case. The interpreter's fee shall not exceed One Thousand Dollars ($1,000), without further written approval by the Court. Said interpreter may accompany Defendant's counsel to the Federal Detention Center located in Hagåtña, Guam, to interpret for Defendant.

Dated at Hagåtña, Guam, on November 22, 2005.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

**ORIGINAL**