# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES



# FILED
DISTRICT COURT OF GUAM

FEB - 9 2006

MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00083-002**          **DATE: February 9, 2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda Miles          Courtroom Deputy: Leilani Toves Hernandez
**Hearing Electronically Recorded: 10:13:53 - 10:46:16**          CSO: J. McDonald / J. Lizama

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT: YI XU CHEN**          **ATTY : SAMUEL S. TEKER**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.          ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: KARON JOHNSON**          **AGENT:**

**U.S. PROBATION: STEVE GUILLIOT**          **U.S. MARSHAL: C. MARQUEZ / W. GRAY**

**INTERPRETER:  FOO MEE CHUN CLINARD**          **LANGUAGE: MANDARIN**

**PROCEEDINGS:          CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: _ AGE: _36_ SCHOOL COMPLETED: __Maybe one year__
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
       OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT  ( ) INFORMATION  ( ) INDICTMENT
( X ) PLEA ENTERED - ( X ) *GUILTY* ( ) *NOT GUILTY* - TO:_ COUNT II, II. AND IV _
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( X ) SENTENCING DATE: _June 12, 2006_ at _10:30 a.m._
( X ) PRESENTENCE REPORT ORDERED
       DUE TO THE PARTIES: April 12, 2006          DUE TO THE COURT: May 19, 2006

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE

NOTES:

__Pen and ink changes made to the plea agreement.__

__Defendant consented to enter his plea before a US Magistrate Judge.  Report and Recommendation__
__executed.__

                                                                    Courtroom Deputy: