# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### **AMENDED** CRIMINAL MINUTES



**FILED**
DISTRICT COURT OF GUAM

FEB 1 0 2006

**MARY L.M. MORAN**
**CLERK OF COURT**

CASE NO. CR-05-00083-002                    DATE: February 9, 2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Reporter: Wanda Miles                    Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 10:13:53 - 10:46:16          CSO: J. McDonald / J. Lizama

* * * * * * * * * * * * * * * * * * * * * * A P P E A R A N C E S * * * * * * * * * * * * * * * * * * * * * * * *

DEFT: <u>YI XU CHEN</u>                    ATTY : <u>SAMUEL S. TEKER</u>
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.          ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY:  KARON JOHNSON                    AGENT:

U.S. PROBATION: STEVE GUILLIOT                    U.S. MARSHAL: C. MARQUEZ / W. GRAY

INTERPRETER:  <u>FOO MEE CHUN CLINARD</u>          LANGUAGE: <u>MANDARIN</u>

***

## PROCEEDINGS:          CHANGE OF PLEA

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: _____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED:     AGE: <u>36</u>     SCHOOL COMPLETED: <u>Maybe one year</u>
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) GOV'T SUMMARIZES THE EVIDENCE     ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: <u>COUNT II, III, AND IV**</u>
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( X ) SENTENCING DATE: <u>June 12, 2006</u>  at  <u>10:30 a.m.</u>
( X ) PRESENTENCE REPORT ORDERED
          DUE TO THE PARTIES: April 12, 2006          DUE TO THE COURT: May 19, 2006

PROCEEDINGS CONTINUED TO: _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( )DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT
( X ) DEFENDANT TO REMAIN IN THE CUSTODY OF THE U.S. MARSHALS SERVICE

NOTES:

<u>Pen and ink changes made to the plea agreement.</u>

<u>Defendant consented to enter his plea before a US Magistrate Judge.  Report and Recommendation
executed.</u>

**Amended to correct Count information

Courtroom Deputy: