LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
FEB 10 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00083 |
| Plaintiff, | |
| vs. | ORDER<br>re: February 10, 2006<br>Stipulated Motion to Vacate Sentencing<br>and Set Status Hearing |
| YI XU CHEN, | |
| Defendant. | |

**IT IS SO ORDERED** that the sentencing currently scheduled for June 12, 2006, is hereby vacated, and a status hearing is set for May 10, 2006 at 10:00 a.m.

**DATED** this 10th day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

ORIGINAL