# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

USA,

                    Plaintiff,

              vs.

Yi Xu Chen,

                    Defendant.

Case No. 1:05-cr-00083-002 *SEALED*

**CERTIFICATE OF SERVICE**

The following office(s)/individual(s) acknowledged receipt of the ***CJA 20 Voucher and CJA 21 Voucher filed March 2, 2006**, on the dates indicated below:

*Samuel Teker*
*March 7, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

***CJA 20 Voucher and CJA 21 Voucher filed March 2, 2006***

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: March 7, 2006                                    /s/ Marilyn B. Alcon
                                                                    Deputy Clerk