Yi Xu Chen.STP

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortes Avenue
Hagatna, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY - 9 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>YI XU CHEN,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 05-00083<br><br>**STIPULATION OF PARTIES TO CONTINUE STATUS CONFERENCE** |

The parties in the above-entitled matter, the United States of America, and the defendant, through his counsel, Samuel S. Teker, hereby stipulate to continue the Status Conference currently scheduled for May 10, 2006, at 10:00 a.m. to a date sometime after July 31, 2006.

The parties make the foregoing request for the reasons that defendant is cooperating with the government, and that the information he has currently provided has led to the identification of the alien smuggler who assisted them in coming to Guam. An indictment against this individual will be returned with the next two months. This record should continue to remain sealed.

\\

\\

-1-

1  The additional time is necessary so that the parties can fully assess the nature and extent of the
2  defendant's cooperation.
3     SO STIPULATED:

4                                               LEONARDO M. RAPADAS
                                                United States Attorney
5                                               Districts of Guam and NMI

6
7  DATED: 5/9/08                    By: _____
                                        KARON V. JOHNSON
8                                       Assistant U.S. Attorney

9
10 DATED: 5-9-06                    _____
                                    SAMUEL S. TEKER
11                                  Attorney for Defendant

-2-