LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>YI XU CHEN,<br><br>                Defendant. | CRIMINAL CASE NO. 05-00083<br><br>**O R D E R**<br>**re: Second Continuance of**<br>**Status Hearing** |

**IT IS SO ORDERED** that the Status Hearing currently scheduled for August 8, 2006, is hereby rescheduled to October 10, 2006, at 2:30 p.m.

  June 23, 2006
     DATE

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge