# ORIGINAL

1  yichen6stp

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam  96910
   Telephone:  (671) 472-7332
6  Telecopier:  (671) 472-7334

**FILED**

DISTRICT COURT OF GUAM

AUG 28 2006

MARY L.M. MORAN
CLERK OF COURT

7  Attorneys for the United States of America

8          **IN THE UNITED STATES DISTRICT COURT**

9              **FOR THE TERRITORY OF GUAM**

10

11  UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO.  05-00083
                                       )
12              Plaintiff,             )   **STIPULATED MOTION TO**
                                       )   **VACATE STATUS HEARING**
13          vs.                        )   **UNSEAL CASE AND SET**
                                       )   **SENTENCING DATE**
14  YI XU CHEN,                        )
                                       )
15              Defendant.             )
                                       )
16  ─────────────────────────────────

17          The parties in the above-entitled matter, the United States of America, and the defendant

18  through his counsel, Samuel S. Teker,  hereby motion this Honorable Court to vacate the Status

19  Hearing, unseal the record and set a sentencing date.

20

21  DATED:  8-28-06

22                                      SAMUEL S. TEKER
                                        Attorney for Defendant

23                                      LEONARDO M. RAPADAS
                                        United States Attorney
24                                      Districts of Guam and NMI

25  DATED:  8/26/06          By:

26                                      KARON V. JOHNSON
                                        Assistant U.S. Attorney

27

28