LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00083 |
|---|---|
| Plaintiff, | ) **O R D E R** |
| vs. | ) **Re: Stipulated Motion to Vacate Status Hearing; Unseal Record and Set Sentencing Date** |
| YI XU CHEN, | ) |
| Defendant. | ) |

**IT IS HEREBY ORDERED** that the October 10, 2006, status hearing is vacated, and that sentencing is set for December 13, 2006 at 9:45 a.m. The presentence report shall be provided to the parties no later than October 25, 2006. The parties shall file their responses to the presentence report no later than November 8, 2006. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than November 29, 2006.

SO ORDERED this 30th day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge