TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Yi Xu Chen*

FILED
DISTRICT COURT OF GUAM
SEP 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. CR05-00083 |
| Plaintiff, | ) | |
| vs. | ) | **MOTION FOR RELEASE PENDING SENTENCING** |
| YI XU CHEN, | ) | |
| Defendant. | ) | |

----------

**TO:** **KARON JOHNSON, ESQ.,** *Assistant U. S. Attorney,* **Office of the United States Attorney**, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

## MOTION

Defendant YI XU CHEN hereby moves this Court to release him to approved Third-Party Custodians. This motion is based on the documents in the Court's file, the oral argument to be presented before the Court, and the memorandum below.

## FACTUAL BACKGROUND

On February 9, 2006, Defendant plead guilty to Three Counts of Alien Smuggling for Financial gain before the Honorable Joaquin Manibusan, U.S. Magistrate Judge. Defendant has

been incarcerated in Guam since November 2005. Sentencing is currently set for December 13, 2006.

Gui Jiang Zheng, a resident of Guam, has been interviewed and approved to be Defendant's Third-Party Custodian by the U.S. Probation Office.

**MEMORANDUM**

18 U.S.C. §3143. **Release** or detention of a defendant **pending sentence** or appeal:

> (a) **Release** or detention **pending sentence**.--(1) Except as provided in paragraph (2), the judicial officer shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence, other than a person for whom the applicable guideline promulgated pursuant to 28 U.S.C. 994 does not recommend a term of imprisonment, be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 314(b) or (c). If the judicial officer makes such a finding, such judicial officer shall order the release of the person in accordance with section 3142(b) or (c).

In the instant case, a Third-Party Custody has been approved by U.S. Probation and U.S. Probation recommends Defendant's release. Defendant is not a flight risk as all of his travel documents are in the Court's possession and there is no way Defendant can flee the territory. Furthermore, Defendant was charged with Alien Smuggling, not a violent crime, has no criminal history and, therefore, is not a danger to the community. Additionally, Assistant U.S. Attorney, Karon Johnson does not object to Defendant's release.

///

///

///

///

///

Therefore, Defendant requests that this Court release him to the approved Third-Party Custodian pending Sentencing.

***Respectfully submitted*** this 13th day of September, 2006.

**TEKER TORRES & TEKER, P.C.**

By: _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, SAMUEL S. TEKER, hereby certify that on the 13th day of September, 2006, I caused copies of Defendant's Notice of Motion and Motion for Release Pending Sentencing to be served, via hand delivery, on the office of KARON JOHNSON, ESQ., *Assistant U. S. Attorney,* **Office of the United States Attorney**, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

Dated this 13th day of September, 2006.

**TEKER TORRES & TEKER, P.C.**

By: _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant*