TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
  *Yi Xu Chen*

FILED
DISTRICT COURT OF GUAM
SEP 13 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00083 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF MOTION** |
| ) | |
| YI XU CHEN, ) | |
| ) | |
| Defendant. ) | |

----------

TO: KARON JOHNSON, ESQ., *Assistant U. S. Attorney,* **Office of the United States Attorney**, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

**PLEASE TAKE NOTICE** that Defendant's Motion for Release Pending Sentencing filed in the above-captioned case will come on for hearing on SEP 2 1 2006 at 2:00 p.m., or as soon thereafter as the matter may be heard.

Dated this 12th day of September, 2006.

**TEKER TORRES & TEKER, P.C.**

ORIGINAL

By: _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant*