ORIGINAL

FILED
DISTRICT COURT OF GUAM
OCT 19 2006
MARY L.M. MORAN
CLERK OF COURT

yichenpsr

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza.
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00083-02 |
| Plaintiff, | ) | |
| vs. | ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| YI XU CHEN, | ) | |
| Defendant. | ) | |

Pursuant to General Order 88-1, as amended by General Orders 93-00006 and 98-00002, the United States hereby adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 19th day of October 2006.

          LEONARDO M. RAPADAS
          United States Attorney
          Districts of Guam and NMI

By: _____
     KARON V. JOHNSON
     Assistant U.S. Attorney