TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant, Yi Xu Chen*

FILED
DISTRICT COURT OF GUAM
DEC - 7 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR05-00083 |
| Plaintiff, | |
| vs. | **DECLARATION OF SERVICE** |
| YI XU CHEN, | |
| Defendant. | |

I, SAMUEL S. TEKER, declare as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on December 7, 2006, Defendant's Objection to the Presentence Investigation Report and Sentencing Memorandum was served, via hand delivery, on the Office of the United States Attorney, at its offices located at 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 7th day of December, 2006.

_____
SAMUEL S. TEKER

ORIGINAL