FILED
DISTRICT COURT OF GUAM
DEC 11 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YI XU CHEN,<br><br>Defendant. | Criminal Case No. 05-00083<br><br>ORDER |

The sentencing hearing in this case is presently scheduled for December 13, 2006. Due to the scheduling needs of the Court IT IS HEREBY ORDERED that the sentencing hearing be rescheduled to January 3, 2007, at 9:30 A.M.

SO ORDERED this 11th day of December, 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District Court of Guam

ORIGINAL