**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-05-00083-002                              DATE: January 03, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore     Electronically Recorded: 9:36:52 - 10:09:22
CSO: F. Tenorio / L. Ogo

**APPEARANCES:**
Defendant: Yi Xu Chen                                Attorney: Samuel Teker
☑ Present ☐ Custody ☐ Bond ☑ P.R.                    ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson              U.S. Agent:
U.S. Probation: Maria Cruz                U.S. Marshal: G. Perez / D. Punzalan
Interpreter: Chung Harrell                Language: Chinese Mandarin

**PROCEEDINGS: Sentencing**
- Defendant's oral motion for a mitigating role adjustment was denied.
- Government's oral motion for a downward departure was granted.
- Government's oral motion to dismiss Count I and Counts V through X was granted.
- Defendant's oral motion for release pending designation was denied.
- Defendant committed to the Bureau of Prisons for a term of <u>3 years imprisonment for Count II; 3 years imprisonment for Count III; and 3 years imprisonment for Count IV. All counts to be served concurrently. Defendant shall receive credit for time served (approximately 358 days).</u>
- Court recommendation to the Bureau of Prisons in <u>West Coast.</u>
- Upon release from imprisonment, defendant is placed on supervised release for a term of <u>3 years for Count II; 3 years for Count III; and 3 years for Count IV</u>, with conditions (refer to Judgment for conditions of supervised release). All terms shall be served concurrently.
- All fines waived by the Court.
- Defendant was ordered to pay a special assessment fee of $300.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: