TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*
*Yi Xu Chen*

**FILED**
DISTRICT COURT OF GUAM

JAN 19 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR05-00083 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| YI XU CHEN, ) | |
| ) | |
| Defendant. ) | |

----------

Notice is hereby given that Defendant, YI XU CHEN, hereby appeals to the United States Court of Appeals for the Ninth Circuit from Defendant's sentence entered in the United States District Court, District of Guam, on January 3, 2007 in the above named case. The *instant* case has Criminal Justice Act status.

Dated at Hagåtña, Guam, this 19th day of January, 2007.

TEKER TORRES & TEKER, P.C.

By: _____
SAMUEL S. TEKER, ESQ.
*Attorneys for Defendant, Yi Xu Chen*

**ORIGINAL**