RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

JAN 29 2007

UNITED STATES COURT OF APPEALS  FILED_____
FOR THE NINTH CIRCUIT  DOCKETED_____
　　　　　　　　　　　　　　　　　　　　　　　DATE　　　INITIAL

# NOTICE OF APPEAL NOTIFICATION FORM

*COPY*

Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: **USA vs Chen**
Court of Appeals No. (leave blank if a unassigned) **07-10069**
U.S. District Court, Division & Judge Name: **District Court of Guam/Hon. Frances Tydingco-Gatewood**
Criminal and/or Civil Case No.: **CR-05-00083-002**
Date Complaint/Indictment/Petition Filed: **Indictment filed 11/9/2005**
Date Appealed order/judgment *entered*: **Judgment filed 01/05/2007 - EOD 01/05/2007**
Date NOA *filed*: **Notice of Appeal filed 01/19/2007**
Date(s) of Indictment **11/09/2005** Plea Hearing **02/09/2006** Sentencing **01/03/2007**

COA Status (check one):　□ granted in full (attach order)　　□ denied in full (send record)
　　　　　　　　　　　　□ granted in part (attach order)　　□ pending

Court Reporter(s) Name & Phone Number: **Wanda M. Miles/(671) 472-8655**

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: **N/A**　　　　　　　　　　　　Date Docket Fee Billed:_____
Date FP granted:_____　　　　　　　　　　　　Date FP denied:_____
Is FP pending? □ yes  □ no　　　　　　　　　　　　Was FP limited □? Revoked □?
US Government Appeal? □ yes  **X** no
Companion Cases? Please list:_____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:　　　　　　　　　　　　　　　Appellee Counsel:

**Samuel S. Teker**　　　　　　　　　　　　　　　**Karon V. Johnson**
**Teker Torres & Teker P.C.**　　　　　　　　　　**Assistant U.S. Attorney**
**Suite 2A, 130 Aspinall Avenue**　　　　　　　　**Sirena Plaza Suite 500**
**Hagatna, Guam 96910**　　　　　　　　　　　　**108 Hernan Cortez Avenue**
**st@tttguamlawyers.com**　　　　　　　　　　　**karon_johnson@usdoj.gov**

□ retained  **X** CJA  □ FPD  □ Pro Se  □ Other_____　*Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID_____　　　　　　　Address:
Custody_____
Bail_____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid_____　　　　　　　9th Circuit Docket Number_____

Case 1:05-cr-00083　Document 96　Filed 02/08/2007　Page 1 of 3

Name & Phone Number of Person Completing this Form: **Marilyn B. Alcon/(671) 473-9138**
**marilyn_alcon@gud.uscourts.gov**

# United States District Court

DISTRICT OF GUAM
4TH FLOOR, U.S. COURTHOUSE
520 WEST SOLEDAD AVENUE
HAGÅTÑA, GUAM 96910

MARY L.M. MORAN
CLERK OF COURT

January 22, 2007

TEL: (671) 473-9100
FAX: (671) 473-9152

OFFICE OF THE CLERK
U. S. Court of Appeals
  for the Ninth Circuit
95 Seventh Street
P. O. Box 193939
San Francisco, CA 94119-3939

RE: **CRIMINAL CASE NO. 05-00083-002**
     **U.S.A - vs - Yi Xu Chen**

In reference to the above-entitled cases, enclosed herewith please find the following:

(X) Certified copy of Notice of Appeal, **filed January 19, 2007**

(X) Certified copy of Judgment, **filed January 5, 2007 - EOD 01/05/2007**

(X) Certified copy of Docket Sheet

(X) Notice of Appeal Notification Form

(X) Order for Time Schedule

( ) Other

Please acknowledge receipt on the enclosed copy of this letter. Thank you.

Sincerely,

Marilyn B. Alcon
Deputy Clerk

Enclosure(s)

cc: Karon V. Johnson       Samuel S. Teker