UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
FEB 15 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> YI XU CHEN, <br><br> Defendant - Appellant. | No. 07-10069 <br><br> D.C. No. CR-05-00083-FMT <br> District of Guam, <br> Agana <br><br> ORDER |

FILED
DISTRICT COURT OF GUAM
FEB 16 2007
MARY L.M. MORAN
CLERK OF COURT

Before: Peter L. Shaw, Appellate Commissioner

The motion of Samuel S. Teker, Esq., 130 Aspinall Avenue, Suite 2A, Hagåtña, Guam 96910, (671) 477-9891-4, to withdraw as counsel is granted. Appellant's motion for appointment of new counsel is granted. New counsel will be appointed by separate order.

The Clerk shall serve a copy of this order by facsimile transmission on Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagåtña, Guam 96910, (FAX: (671) 473-9152), who will locate appointed counsel. The district court shall provide this court with the name and address of appointed counsel within 14 days of locating counsel.

New counsel shall designate the reporter's transcript by March 15, 2007. The transcript is due April 16, 2007. Appellant's opening brief and excerpts of record are due May 29, 2007; appellee's answering brief is due June 28, 2007; and the optional reply brief is due within 14 days after service of the answering brief.

ORIGINAL

07-10069

The Clerk shall serve this order on former counsel.

_____
Peter L. Shaw
General Order 6.3(e)

S:\MOATT\Cmshords\02.07\ahh\07-10069.wpd    2