| | | |
|---|---|---|
| AO 435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER**<br>*Read Instructions on Back.* | **FOR COURT USE ONLY**<br>**DUE DATE:** |

| 1. NAME ~~Samuel S. Teker~~ William Gavras | 2. PHONE NUMBER (671) 477-9891 | 3. DATE January 22, 2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS 208 Route 4, Second Floor ~~Suite 2A, 130 Aspinall Avenue~~ | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-05-00083-002 | 9. JUDICIAL OFFICIAL Tydingco-Gatewood | DATES OF PROCEEDINGS 10. FROM | 11. TO |
| 12. CASE NAME USA vs Yi Xu Chen | | LOCATION OF PROCEEDINGS 13. CITY Hagatna | 14. STATE Guam |

**15. ORDER FOR**
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | **FILED** |
| [ ] OPENING STATEMENT (Defendant) | | | DISTRICT COURT OF GUAM |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | MAY 18 2007 |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | MARY L.M. MORAN |
| [x] SENTENCING | January 3, 2007 | | CLERK OF COURT |
| [ ] BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | X | U.S. Atty X | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

**CERTIFICATION (18. & 19.)** By signing below, I certify that I will pay all charges (deposit plus additional). CJA Appointed

18. SIGNATURE [signature]
19. DATE 5-15-07

ESTIMATE TOTAL
PROCESSED BY
PHONE NUMBER
COURT ADDRESS

TRANSCRIPT TO BE PREPARED BY

| ORDER RECEIVED | DATE 5/18/07 | BY ReD | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used) ORIGINAL - COURT COPY  YELLOW - TRANSCRIPTION COPY  GREEN - ORDER RECEIPT  PINK - ORDER COPY