UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number 07-10069** |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number **CR-05-00083-002** |
| | ) | |
| YI XU CHEN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| | ) | |

### CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

MARY L. M. MORAN, Clerk of Court
DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

Dated: _____June 6, 2007_____

| | | | | |
|---|---|---|---|---|
| AO435 (Rev. 1/90) | | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
| | | TRANSCRIPT ORDER  472-2303 | | |

Read Instructions on Back.

| 1. NAME Samuel S. Teker  William Gavras | 2. PHONE NUMBER (671) 472-9891 | 3. DATE January 22, 2007 | |
|---|---|---|---|
| 4. MAILING ADDRESS 208 Route 4, Second Floor Suite 2A, 130 Aspinall Avenue | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-05-00083-002 | 9. JUDICIAL OFFICIAL Tydingco-Gatewood | DATES OF PROCEEDINGS | |
| | | 10. FROM | 11. TO |
| 12. CASE NAME USA vs Yi Xu Chen | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
- [x] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [x] SENTENCING | January 3, 2007 | | |
| [ ] BAIL HEARING | | | |

FILED
DISTRICT COURT OF GUAM
MAY 18 2007
MARY L.M. MORAN
CLERK OF COURT

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | | |
|---|---|---|---|---|---|
| ORDINARY | X | U.S Atty  X | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).  CJA Appointed

18. SIGNATURE [signature]

19. DATE 5-15-07