# AO435 (Rev. 1/90)

**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

## TRANSCRIPT ORDER

Read Instructions on Back.

| | | |
|---|---|---|
| 1. NAME William Gavras | 2. PHONE NUMBER 472-23-0 | 3. DATE Aug 14, 2007 |
| 4. MAILING ADDRESS 208 Route 4 Second Floor | 5. CITY Hagatna | 6. STATE Guam  7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-05-83-02 | 9. JUDICIAL OFFICIAL Tydingco-Gatewood | DATES OF PROCEEDINGS 10. FROM  11. TO |
| 12. CASE NAME USA v. Yi Xu Chey | 13. CITY Hagatna  LOCATION OF PROCEEDINGS | 14. STATE Guam |

**15. ORDER FOR**
- [x] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER(Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Plea | Feb 9, 2006 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**FILED DISTRICT COURT OF GUAM**
**AUG 14 2007**
**JEANNE G. QUINATA**
**Clerk of Court**

## 17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ~~$285~~ | ~~$45 AH~~ | NO. OF COPIES | | |
| EXPEDITED | X | X | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18 & 19)  CJA Appointed
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE [signature]
19. DATE Aug 14-2007

PROCESSED BY
PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY
COURT ADDRESS

| ORDER RECEIVED | DATE 8-15-07 | BY wm |
|---|---|---|
| DEPOSIT PAID | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | TOTAL CHARGES |
| TRANSCRIPT RECIEVED | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | TOTAL DUE |

(Previous Editions of this form may still be used)   ORIGINAL – COURT COPY   YELLOW – TRANSCRIPTION COPY   GREEN – ORDER RECEIPT   PINK – ORDER COPY

**ORIGINAL**