UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Court of Appeals** |
| | ) | **Docket Number 07-10069** |
| Plaintiff-Appellee, | ) | |
| | ) | |
| vs. | ) | District Court |
| | ) | Docket Number **CR-05-00083-002** |
| | ) | |
| YI XU CHEN, | ) | |
| | ) | |
| Defendant-Appellant. | ) | |
| _____ | ) | |

## AMENDED CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. §2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document.

JEANNE G. QUINATA, Clerk of Court
DISTRICT COURT OF GUAM

By: _____
Deputy Clerk

Dated: _____August 21, 2007_____

| | | |
|---|---|---|
| AO435 (Rev. 1/90) | | FOR COURT USE ONLY: |
| ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | |
| TRANSCRIPT ORDER | | DUE DATE: |
| Read Instructions on Back. | | |

| 1. NAME William Gavras | 2. PHONE NUMBER 472-23-0 | 3. DATE Aug 14, 2007 |
|---|---|---|
| 4. MAILING ADDRESS 208 Route 4 Second Floor | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96910 |
| 8. CASE NUMBER CR-05-83-02 | 9. JUDICIAL OFFICIAL Tydingco-Gatewood | DATES OF PROCEEDINGS |
| | | 10. FROM | 11. TO |
| 12. CASE NAME USA v. Yi Xu Chen | LOCATION OF PROCEEDINGS | |
| | 13. CITY Hagatna | 14. STATE Guam |

15. ORDER FOR
☒ APPEAL  ☒ CRIMINAL  ☐ CRIMINAL JUSTICE ACT  ☐ BANKRUPTCY
☐ NON-APPEAL  ☐ CIVIL  ☐ IN FORMA PAUPERIS  ☐ OTHER(Specify)

16. TRANSCRIPT REQUESTED (Specify portion (s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE (S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) Plea | Feb 9, 2006 |
| ☐ SENTECING | | | |
| ☐ BAIL HEARING | | | |

**FILED**
**DISTRICT COURT OF GUAM**
**AUG 14 2007**
**JEANNE G. QUINATA**
**Clerk of Court**

17. ORDER

| CATAGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ ASB | ☒ US Ath | NO. OF COPIES | | |
| EXPEDITED | ☒ | ☒ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18 &19)  CJA Appointed
By signing below, I certify that I will pay all charges (deposit plus additional).  ESTIMATE TOTAL

| 18. SIGNATURE /s/ Bill | PROCESSED BY |
|---|---|
| 19. DATE Aug 14-2007 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| ORDER RECEIVED | DATE 8/14/07 | BY Wm | |
|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | 8/14/07 | Wm | TOTAL CHARGES |
| TRANSCRIPT RECIEVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 8/21/07 | Wm | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous Editions of this form may still be used)  ORIGINAL – COURT COPY   YELLOW – TRANSCRIPTION COPY   GREEN – ORDER RECEIPT   PINK – ORDER COPY

**COPY**